FILED
CLERK, U.S. DISTRICT COURT

JUL 21 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Bryan Keith Ghsper, ) <br> ) <br> Defendant. ) <br> ) | NO.: CR09-1284-R <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his ~~probation~~ (supervised release); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓)  The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is

Deten[2].ord

1   based on _NATURE OF CURRENT VIOLATIONS + FAILURES_
2   _TO REPORT + DRUG USE._
3   _____
4   _____

5   and/or
6   B.   (✓)  The defendant has not met (his)/her burden of establishing by
7   clear and convincing evidence that (he)/she is not likely to pose
8   a danger to the safety of any other person or the community if
9   released under 18 U.S.C. § 3142(b) or (c). This finding is based
10   on _Drug use + criminal History._
11   _____
12   _____
13   _____

14   IT THEREFORE IS ORDERED that the defendant be detained pending
15   the further revocation proceedings.

17   DATED: _7/21/10_

                                    _____
                                    United States Magistrate Judge

Deten[2].ord                                    2